**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**RONNIE NIXON**                                                                                      **PLAINTIFF**

**V.**                              **CASE NO. 3:10CV00012 BSM-HLJ**

**LARRY MILLS,** *et al.*                                                                             **DEFENDANTS**

## ORDER

The court has received the recommended disposition from Magistrate Judge Henry L. Jones and plaintiff Ronnie Nixon's response (Doc. No. 15). After carefully reviewing the recommended disposition, Nixon's response, and reviewing the record *de novo,* it is concluded that the recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Plaintiff's claims are DISMISSED without prejudice.  Further, it is hereby certified that this dismissal constitutes a "strike" and that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 26th day of May, 2010.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE