# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**RONNIE NIXON**                                                                                           **PLAINTIFF**

**V.**                              **3:10-cv-00012-BSM-HLJ**

**LARRY MILLS, et al.**                                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today this case is DISMISSED WITHOUT PREJUDICE. Further, pursuant to 28 U.S.C. § 1915(a)(3), it is hereby certified that an *in forma pauperis* appeal taken from this judgment and the accompanying order would not be taken in good faith.

DATED this 26th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE